No. 74–5103.   BAKER *v.* ATKINS, ACTING WARDEN. C. A. 10th Cir.   Certiorari denied.

No. 74–5245.   PORTER *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 74–5274.   HURST ET AL. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 74–5297.   WOODS *v.* VIRGINIA.   Sup. Ct. Va. Certiorari denied.

No. 74–5350.   VARFIS *v.* RICHEY, U. S. DISTRICT JUDGE, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 74–5379.   MILNE, AKA GORDON *v.* UNITED STATES. C. A. 5th Cir.   Certiorari denied.

No. 74–5384.   CROOK *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 74–5394.   SCALES *v.* VIRGINIA.   Sup. Ct. Va. Certiorari denied.

No. 74–5395.   HOWES *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 74–5398.   STYPMANN *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 74–5401.   CORUM *v.* CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 74–5402.   COOLEY *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.